**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 114 EAL 2020
                                :
            Respondent          :
                                :   Petition for Allowance of Appeal
                                :   from the Order of the Superior Court
        v.                      :
                                :
                                :
RAMON WALL,                     :
                                :
            Petitioner          :

**ORDER**

**PER CURIAM**

    **AND NOW**, this 7th day of July, 2020, the Petition for Allowance of Appeal is **DENIED**.